IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )        8:08MJ17
            Plaintiff,          )
                                )
   vs.                          )            ORDER
                                )
FELICITO TORNEZ-CORTES,         )
                                )
            Defendant.          )


   The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.   After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

       **IT IS ORDERED:**

   Horacio J. Wheelock is appointed to represent the above named defendant in this matter and shall forthwith file an appearance in this matter.

       **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Horacio J. Wheelock.

   DATED this 6th day of February, 2008.

                              BY THE COURT:


                              s/ Thomas D. Thalken
                              United States Magistrate Judge